**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| CARDAUTH SOLUTIONS LLC, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-1065 |
| THALES DIS CPL USA, INC. | JURY TRIAL DEMANDED |
| Defendant. | |

**OPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Thales DIS CPL USA, Inc. ("Thales") respectfully files this Opposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint, as follows:

1.      On April 26, 2026, Plaintiff CardAuth Solutions LLC ("CardAuth") filed its Complaint for Patent Infringement (ECF No. 1) against Thales.

2.      On April 28, 2026, CardAuth served its Complaint on Thales.

3.      The current deadline to answer or otherwise respond to the Complaint is May 19, 2026.

4.      Thales respectfully requests a forty-five (45) day extension of time to answer or otherwise respond to CardAuth's Complaint, which would make any response due Monday, July 6, 2026, taking into account the Fourth of July Holiday on July 3.

5.      The extension is sought not for purposes of delay but for good cause, including that Thales' outside counsel was retained on Friday, May 15, 2026, and needs additional time to review the Complaint, investigate the allegations and related issues, and prepare a response.

6.     On May 16, 2026, counsel for Thales conferred with counsel for Plaintiff CardAuth, and CardAuth indicated that it would oppose Thales' request for one (1) month extension because Thales did not waive service of the Complaint.  CardAuth also stated that it would not oppose a fourteen (14) day extension.  Exh. A, 2026-05-16 Email Black to Addy.

7.     CardAuth requested Thales waive service on Friday, April 24, 2026, the same day it filed the Complaint.  Exh. B, 2026-04-24 Email Black to Lewental.  Thales is a foreign multinational corporation headquartered in Paris, France, and by the time CardAuth provided the request to waive service, it was after 11:00 p.m. on Friday at Thales' headquarter in Paris, France. *Id.*

8.     CardAuth served its Complaint on Tuesday, April 28, 2026, without waiting for Thales' response to the waiver request, and giving Thales less than 48 hours to consider its request, which Thales would have accepted.

9.     Federal Rule of Civil Procedure 4(d)(1)(F) provides that a plaintiff must "give the defendant a reasonable time of at least thirty days after the request was sent … to return the waiver."  Plaintiff CardAuth failed to provide Thales such reasonable time.

9.     Thales' request for a forty-five (45) day extension to answer or otherwise plead is less than the time provided by statute had Thales been given "reasonable time" to accept the offer of waiver of service.  Fed. R. Civ. P. 4(d)(3).

10.    Throughout the day on Monday, May 18, Thales reached out to CardAuth's counsel to seek an agreed-upon resolution.  No one answered the phone at counsel's office, but counsel returned Thales' counsel's email after 4:00 central.  In the return email, CardAuth's counsel required unacceptable stipulations in order to agree to this Motion for Extension of Time. Therefore, Thales filed this Motion.

For these reasons, Defendant Thales believes good cause exists for its request for a one (1) month Extension of Time and requests this Court enter the attached Proposed Order.

Dated: May 18, 2026

By: *Robert Hart*

Robert Hart (TX Bar 24062399)
AddyHart LLC
2025 Guadalupe Street, Suite 260
Austin, TX 75708
(949) 337-0568
robert@addyhart.com

Meredith Addy (*pro hac vice forthcoming*)
AddyHart LLC
10 Glenlake Parkway, Suite 130
Atlanta, GA 30328
(312) 320-4200
meredith@addyhart.com

*Counsel for Defendant*
*Thales DIS CPL USA, Inc.*

3

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(g).  Counsel for Plaintiff indicated that Plaintiff is opposed to this Motion.

/s/ *Robert Hart*

Robert Hart

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed electronically in compliance with Local Rule CV-5.  All counsel of record were served with a true and correct copy of the foregoing document by electronic mail on May 18, 2026.

/s/ *Robert Hart*

Robert Hart

4