**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| CARDAUTH SOLUTIONS LLC, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-1065 |
| THALES DIS CPL USA, INC. | JURY TRIAL DEMANDED |
| Defendant. | |

**CORRECTED OPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Thales DIS CPL USA, Inc. ("Thales") respectfully files this Opposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint, as follows:

1.      On Friday, April 24, 2026, Plaintiff CardAuth Solutions LLC ("CardAuth") filed its Complaint for Patent Infringement (ECF No. 1) against Thales.

2.      On Monday, April 27, 2026, CardAuth provided Thales with a Waiver of Service Request pursuant to Federal Rule of Civil Procedure 4(d)(1).  CardAuth informed Thales about the waiver on Friday, August 24, 2026.

2.      On April 28, 2026, CardAuth served its Complaint on Thales.

3.      The current deadline to answer or otherwise respond to the Complaint is May 19, 2026.

4.      Thales respectfully requests a forty-five (45) day extension of time to answer or otherwise respond to CardAuth's Complaint, which would make any response due Monday, July 6, 2026, taking into account the Fourth of July Holiday on July 3.

5.      The extension is sought not for purposes of delay but for good cause, including that Thales' outside counsel was retained on Friday, May 15, 2026, and needs additional time to review the Complaint, investigate the allegations and related issues, and prepare a response.

6.      On May 16, 2026, counsel for Thales conferred with counsel for Plaintiff CardAuth, and CardAuth indicated that it would oppose Thales' initial request for one (1) month extension because Thales did not waive service of the Complaint.  CardAuth also stated that it would not oppose a fourteen (14) day extension.  Exh. A, 2026-05-16 Email Black to Addy.

7.      CardAuth provided an informal request for Thales to waive service on Friday, April 24, 2026.  Exh. B, 2026-04-24 Email Black to Lewental.  Thales is a foreign multinational corporation headquartered in Paris, France, and CardAuth provided initial request to waive service after 11:00 p.m. on Friday at Thales' headquarters in Paris.  *Id.*

8.      CardAuth followed-up on Monday, April 27, 2026 with the formal request to waive service.  ECF9-2 Exh. B, 2026-04-27 Email Black to Lewental.

9.      CardAuth served Thales with the Complaint one day later, on Tuesday, April 28, 2026, without waiting for Thales' response to the waiver request, and giving Thales less than 48 business hours from its informal request.

10.      Federal Rule of Civil Procedure 4(d)(1)(F) provides that a plaintiff must "give the defendant a reasonable time of at least thirty days after the request was sent … to return the waiver."  Plaintiff CardAuth failed to provide Thales such reasonable time.

11.      Had Thales been given the opportunity to waive service, Thales would have accepted.

12.     Thales' request for a forty-five (45) day extension to answer or otherwise plead is less than the time provided by statute had Thales been given "reasonable time" to accept the offer of waiver of service.  Fed. R. Civ. P. 4(d)(3).

13     Throughout the day on Monday, May 18, Thales reached out to CardAuth's counsel to seek an agreed-upon resolution.  No one answered the phone at counsel's office, but counsel returned Thales' counsel's email around 4:00 central.  In the return email, CardAuth's counsel proposed unacceptable stipulations but still would not agree to this Motion for Extension of Time.  Therefore, Thales filed this Motion.

14 .     On the morning of Tuesday, May 19, CardAuth reached out via email requesting Thales file this Corrected Motion to identify the April 24 Complaint filing date and to reflect that CardAuth formally requested waiver of service on April 27.  *See* ECF9-2 Exh. B, 2026-04-27 Email Black to Lewental.  At that time CardAuth said it would agree to a twenty-one (21) day extension of time.  However, due to Thales' counsel's pre-existing court commitments and the need to fully understand the complaint and the accused products, before formally responding, twenty-one days is not sufficient.

For these reasons, Defendant Thales believes good cause exists for its request for a forty-five (45) day Extension of Time and requests this Court enter the attached Proposed Order.

Dated: May 19, 2026

By:    *Robert Hart*

Robert Hart (TX Bar 24062399)
AddyHart LLC
2025 Guadalupe Street, Suite 260
Austin, TX 75708
(949) 337-0568
robert@addyhart.com

Meredith Addy (*pro hac vice filed*)
AddyHart LLC
10 Glenlake Parkway, Suite 130

Atlanta, GA 30328
(312) 320-4200
meredith@addyhart.com

*Counsel for Defendant*
*Thales DIS CPL USA, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(g).  Counsel for Plaintiff indicated that Plaintiff is opposed to this Motion.

/s/ *Robert Hart*

Robert Hart

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was filed electronically in compliance with Local Rule CV-5.  All counsel of record were served with a true and correct copy of the foregoing document by electronic mail on May 19, 2026.

/s/ *Robert Hart*

Robert Hart

5

# Exhibit A

**Monday, May 18, 2026 at 4:18:48 AM Eastern Daylight Time**

**Subject:** Re: CardAuth v. Thales, 26-cv-01065 (W.D. Tex.)

**Date:** Saturday, May 16, 2026 at 1:50:25 PM Eastern Daylight Time

**From:** Bradford Black

**To:** Meredith Addy

Dear Meredith,

Thank you for reaching out. I understand that you were recently retained.

That said, this is not a case where Thales is encountering the dispute for the first time. Thales has been aware of CardAuth's position since at least March 17, 2026. Thales then took a substantive merits position before suit, including in Mr. Lewental's April 21 letter, and CardAuth provided a detailed response and draft complaint on April 22. The draft complaint identified the accused product families, the asserted claim, and the public technical materials supporting CardAuth's infringement position.

After the case was filed, CardAuth also offered Thales the Rule 4(d) waiver path, which would have avoided the cost of formal service and provided Thales additional time to respond. Thales did not return the waiver, and CardAuth incurred the cost of formal service. Thales's prior communications also did not reflect the kind of professional courtesy now being requested.

In light of that history, CardAuth does not agree to a full 30-day extension. As a professional courtesy to you as newly retained counsel, however, CardAuth will agree to a one-time 14-day extension of Thales's deadline to answer or otherwise respond to the Complaint, through June 2, 2026.

Best regards,

Brad

Bradford John Black
Bradford Black P.C.
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Office: 415.813.6211
Email: bblack@bradfordblack.com


On May 16, 2026, at 11:56 AM, Meredith Addy <meredith@addyhart.com> wrote:

Dear Bradford:

I was retained by Thales on this matter on Friday. I see that the answer is due on Tuesday. I request a 30-day extension to respond to the complaint to allow my team

and me review the matter and get up to speed.

Happy to hop on a call on Monday if needed.

Best regards,
Meredith

**MEREDITH MARTIN ADDY**    <IMAGE002.PNG>
Partner

<image001.jpg>

Atlanta | Chicago
+1 312·320·4200
www.addyhart.com

# Exhibit B

## REIFSNYDER Marc

| | |
|---|---|
| **De:** | Bradford Black <bblack@bradfordblack.com> |
| **Envoyé:** | vendredi 24 avril 2026 23:10 |
| **À:** | LEWENTAL Adam |
| **Objet:** | Re: CardAuth Solutions LLC – U.S. Patent No. 8,689,013 (FRE 408) |
| **Pièces jointes:** | 7.1 Disclosure.pdf; Complaint.pdf; Exhibit A.pdf; Waiver-of-Service-of-Summons-AO-Form-399.pdf |

Adam,

Attached are the complaint, Exhibit A, 7.1 Disclosure, and a waiver of service for the case CardAuth filed today against Thales in the Western District of Texas.

Please let me know whether Thales will waive service under Rule 4(d). If Thales returns the executed waiver, it will have 60 days from the date this request was sent to respond to the complaint. If Thales does not intend to waive service, we will proceed with formal service through the registered agent next week.

We remain open to discussing a business resolution and are available to speak if Thales would like to do so.

Best regards,

Brad

Bradford John Black
Bradford Black P.C.
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Office: 415.813.6211
Email: bblack@bradfordblack.com


On Apr 24, 2026, at 12:41 PM, LEWENTAL Adam <adam.lewental@thalesgroup.com> wrote:

THALES GROUP LIMITED DISTRIBUTION to email recipients

Dear Mr. Black,
Please see the attached response.
-A

<image001.png>

**Adam Foster LEWENTAL, Esq.**
*Head of US IP*
Tel.: +33155015584

**THALES DIS France SAS**
ZI Athelia IV, 278 Avenue du Jujubier
13 600 La Ciotat, France
www.thalesgroup.com

<image002.png><image003.png><image004.png><image005.png>

1

For security reasons, a generic backup mailbox has been put in place for the IP Department of Thales Group.
We thank you in advance to always put in copy this generic mailbox (intellectual.property@gemalto.com) for all your email correspondence.
Please keep in mind that you should always address your e-mail to a person within Thales Group and the generic mailbox only in copy.

---

**From:** Bradford Black <bblack@bradfordblack.com>
**Sent:** Wednesday, 22 April 2026 17:26
**To:** LEWENTAL Adam <adam.lewental@thalesgroup.com>
**Subject:** Re: CardAuth Solutions LLC – U.S. Patent No. 8,689,013 (FRE 408)

FRE 408 - Highly Confidential

Dear Mr. Lewental,

Please see attached correspondence.

Best regards,

Brad

Bradford John Black
Bradford Black P.C.
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Office: 415.813.6211
Email: bblack@bradfordblack.com

On Apr 21, 2026, at 9:10 AM, LEWENTAL Adam <adam.lewental@thalesgroup.com> wrote:

THALES GROUP LIMITED DISTRIBUTION to email recipients

Dear Mr. Black,
Please find the attached communication in response to your correspondence.
-A

<image002.png>

**Adam Foster LEWENTAL, Esq.**
*Head of US IP*
Tel.: +33155015584

**THALES DIS France SAS**
ZI Athelia IV, 278 Avenue du Jujubier

2

13 600 La Ciotat, France

www.thalesgroup.com

<image003.png><image004.png><image005.png><image006.png>

For security reasons, a generic backup mailbox has been put in place for the IP Department of Thales Group.
We thank you in advance to always put in copy this generic mailbox (intellectual.property@gemalto.com) for all your email correspondence.
Please keep in mind that you should always address your e-mail to a person within Thales Group and the generic mailbox only in copy.

---

**From:** CPL-Data-Privacy <cpldataprivacy@thalesgroup.com>
**Sent:** Monday, 23 March 2026 15:23
**To:** bblack@bradfordblack.com
**Subject:** RE: CardAuth Solutions LLC – U.S. Patent No. 8,689,013 (FRE 408)

THALES GROUP LIMITED DISTRIBUTION to email recipients

Dear Mr. Black,

Your e-mail and letter have been received with thanks.

Sincerely,

---

<image007.png>

**Ryan Cathcart**
Privacy Specialist, Legal
ryan.cathcart@thalesgroup.com

---

**From:** Bradford Black <bblack@bradfordblack.com>
**Sent:** Tuesday, March 17, 2026 9:08 PM
**To:** GENICOT Olivier <Olivier.GENICOT@us.thalesgroup.com>
**Subject:** CardAuth Solutions LLC – U.S. Patent No. 8,689,013 (FRE 408)

**[CAUTION]** This message comes from an external sender. Be mindful when opening links or attachments.

FRE 408 - Highly Confidential

Dear Mr. Genicot,

Please see attached correspondence. May I ask that you kindly confirm receipt via email?

3

Best regards,

Brad

Bradford John Black
Bradford Black P.C.
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Office: 415.813.6211
Email: bblack@bradfordblack.com

<Bradford_Black_response_21_04_2026.pdf>

<Bradford_Black_response_24_04_2026.pdf>