IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARDAUTH SOLUTIONS LLC, | § § § § § | |
| Plaintiff, | | |
| v. | § | 1:26-CV-1065-RP |
| THALES DIS CPL USA, INC., | § § § § | |
| Defendant. | | |

**<u>ORDER</u>**

Before the Court is Defendant Thales DIS CPL USA, Inc.'s ("Defendant") Corrected Opposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint.[1] (Am. Opposed Mot., Dkt. 11). Plaintiff CardAuth Solutions LLC ("Plaintiff") responded. (Resp., Dkt. 13). Representing that its counsel was hired four days before its deadline to answer or otherwise respond to Plaintiff's Complaint, Defendant requests a forty-five-day extension to "to review the Complaint, investigate the allegations and related issues, and prepare a response." (Am. Opposed Mot., Dkt. 11, at 1). Plaintiff agrees to a fourteen-day extension or twenty-one-day extension but is opposed to a forty-five-day extension. (Resp., Dkt. 13, at 1–2).

The Court has "broad discretion" to extend the time allotted for responsive pleadings for good cause shown when the extension is requested prior to the original deadline. Fed. R. Civ. P. 6(b)(1); *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995). The Court finds that Defendant has shown good cause for an extension but has not provided the Court with sufficient

---

[1] In light of this corrected motion, the Court mooted Defendant's original Opposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, (Dkt. 9). (*See* Text Order dated May 20, 2026).

justification for a forty-five-day extension. In line with Rule 12's typical deadline of twenty-one days to respond, the Court in its discretion finds a twenty-one-day extension to be appropriate.[2]

Accordingly, **IT IS ORDERED** that Defendant's Corrected Opposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, (Dkt. 11), is **GRANTED IN PART AND DENIED IN PART**, such that Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before **June 9, 2026**.

**SIGNED** on May 21, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[2] The Court will set the deadline for twenty-one days after May 19, 2026, i.e., the date Defendant filed its Corrected Motion, (Dkt. 11).